**Sandra JIMENEZ-ESQUER, AKA Monica Jimenez-Esquer, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 14-70097

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed June 1, 2017

Thomas A. Lappin, Esquire, Attorney, Law Office of Thomas A. Lappin, San Diego, CA, for Petitioner

Regina Byrd, Esquire, Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R. App. P. 34(a)(2).

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Sandra Jimenez-Esquer, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for relief under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the BIA's denial of Jimenez-Esquer's CAT claim because Jimenez-Esquer failed to establish it is more likely than not she would be tortured by or with the consent or acquiescence of the government of Mexico. *See id.* at 1073; *Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (claims of possible torture were speculative). We reject her contentions that the agency erred in analyzing her claim.

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).